USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __12.17.19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BEATRICE SHERLEY WILLIAM STEELE,

                Plaintiff(s),

    -against-

SANDOZ'S PRODUCTS TORRENT, et al.,
                Defendant(s),
-----------------------------------------------------------X

19 civ 4106 (JGK)

**ORDER**

A motion to dismiss was filed on December 4, 2019.

The plaintiff shall serve and file papers in response to the motion by **January 17, 2020.**

The defendant shall serve and file any reply papers by **February 7, 2020**.

The plaintiff is advised that if assistance is needed, the plaintiff may contact the Pro Se Office of this Court, which is located at: 40 Foley Square, Room 105; New York, New York 10007. The telephone number is (212) 805-0175.

SO ORDERED.

                                                **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       December 16, 2019

*Copy mailed to Pro Se Party at Docket Address*