USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1-29-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEATRICE STEELE,

          Plaintiff,         19-cv-4106 (JGK)

   - against -           ORDER

ZHEJIANG HUAHAI PHARMACEUTICAL CO.,
LTD. ET AL.,

          Defendants.

**JOHN G. KOELTL, District Judge:**

A motion to dismiss was filed on December 4, 2019. Dkt. No. 33. The Court ordered the plaintiff to respond to the motion to dismiss by January 18, 2020. Dkt. No. 34. No response has been filed.

The plaintiff should respond to the motion to dismiss by **February 14, 2020**. The defendant may reply by **February 21, 2020**. The plaintiff is advised that if assistance is needed, the plaintiff may contact the New York Legal Assistance Group (NYLAG). NYLAG may be reached at 212-659-6190.

If the plaintiff fails to respond to the motion, the motion may be granted on default in which event the plaintiff will have no trial.

**SO ORDERED.**

Dated:    New York, New York
             January 28, 2020

                                        John G. Koeltl
                                        United States District Judge

**Copy mailed to pro se party(ies) at docket address**